IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:24-cv-835-FDW-SCR

LISA JENNINGS DUCHARME,

      Plaintiff,

v.

WELLS FARGO BANK, N.A.,

      Defendant.

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Stay of Proceedings Pending Arbitration (Doc. No. 8). For the reasons stated therein, the Motion is **GRANTED,** and the parties shall arbitrate their dispute in accordance with their agreement. It is further **ORDERED** that all requirements, deadlines (including responsive pleading deadlines) and further proceedings in this action are **STAYED** pending the conclusion of arbitration. The parties shall file a status report 90 days from the date of this Order and each 90 days thereafter.

      **SO ORDERED.**

Signed: October 28, 2024

Susan C. Rodriguez
United States Magistrate Judge